■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST BROWN, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 6),

and as otherwise insufficient on its face. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Sweeney, JJ., concur.